

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the appeal is dismissed for lack of subject matter jurisdiction. With regard to the issues raised in the cross-appeal, the trial court's judgment and declaratory judgment are affirmed. Costs are assessed against the party who incurred them.

SIGNED November 4, 2015.

_____
Jason Pulliam, Justice